UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROMAN FRANCO,

    Plaintiff,

Case No. 2:18-cv-01127 RB-SMV

v.

CHRISTMAS BY KREBS,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This matter came before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Complaint ("Motion") [Doc. 3, filed 12/05/2018]. The Court having reviewed the Motion and being otherwise fully advised in the premises, FINDS the Motion well taken.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Motion is granted and the time for Defendant to respond to Plaintiff's Original Complaint is hereby extended until December 28, 2018.

MAGISTRATE JUDGE STEPHAN M. VIDMAR

Submitted by:

LITTLER MENDELSON, P.C.

By: _s/ Charlotte Lamont_
    Charlotte Lamont
Attorneys for Defendant

Agreed to:

JONES, SNEAD, WERTHEIM & CLIFFORD, P.A.


By: *Approval given 12/05/18*
      Samuel C. Wolf
      Jiadai Lin
Attorneys for Plaintiff