# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ROMAN FRANCO,**

    **Plaintiff,**

**v.**                                                               **No. 18-cv-1127 RB/SMV**

**CHRISTMAS BY KREBS,**

    **Defendant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**      January 9, 2019, at 1:30 p.m.

**Matter to be heard:**    Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **January 9, 2019, at 1:30 p.m.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                      _____
                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**