IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROMAN FRANCO,

               Plaintiff,                          No: 18-cv-1127-RB/SMV

vs.

CHRISTMAS BY KREBS,

               Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO DISMISS WITH PREJUDICE

This matter is before the Court on Defendant's Unopposed Motion to Dismiss with Prejudice. (Doc. 27.)  The Court, having reviewed the motion and noting that the parties have settled this dispute, finds the motion is well taken.

THEREFORE,

IT IS ORDERED that the Unopposed Motion to Dismiss with Prejudice (Doc. 27) is **GRANTED** and this lawsuit is **DISMISSED** with prejudice, with each party to bear its or its own attorneys' fees and costs.

                               _____

                               ROBERT C. BRACK
                               SENIOR U.S. DISTRICT JUDGE

Submitted by:

LITTLER MENDELSON, P.C.

By: *s/ Charlotte Lamont*
    Charlotte Lamont
    J. Mark Ogden

Attorneys for Defendant

Agreed to:

JONES, SNEAD, WERTHEIM & CLIFFORD, P.A.

By: *Electronic approval given 09/12/19*
Samuel C. Wolf
Jiadai Lin

Attorneys for Plaintiff